BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
TONY WEST
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS
Assistant Director
Office of Immigration Litigation, District Court Section
REGAN HILDEBRAND
Trial Attorney, District Court Section
Missouri Bar No. 57438
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-3797
Facsimile: (202) 616-8962
Email: Regan.Hildebrand@usdoj.gov
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAO HACKETT, | Case No. 10-cv-00977 AWI-SKO |
| Plaintiff, | |
| v. | |
| ALEXANDER MAYORKAS, DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | PROPOSED ORDER |
| Defendant. | |

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that Defendant's Answer shall be due on August 6, 2010.

IT IS SO ORDERED.

    Dated:   **June 21, 2010**                     **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE