BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAO HACKETT,<br><br>    Plaintiff,<br><br>    v.<br><br>Alejandro Mayorkas, United States Citizenship and Immigration Services, et al.<br><br>    Defendants. | No. 1:10-cv-977 AWI SKO<br><br>JOINT STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT |

This is an immigration case in which plaintiff challenges the delay in the adjudication of his application for naturalization by U.S. Citizenship and Immigration Services (CIS). Due to the possibility of a resolution to the matter at the administrative level, the parties stipulate that the date for filing the government's answer be extended to September 6, 2010.

Dated: August 3, 2010

                                BENJAMIN B. WAGNER
                                United States Attorney

                        By:     /s/Audrey Hemesath
                                Audrey B. Hemesath
                                Assistant U.S. Attorney
                                Attorneys for the Defendants

                        By:     /s/ Daniel Tzu Ken Huang
                                Law Office of Daniel Huang
                                Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on September 6, 2010.  The scheduling conference, currently set for September 2, 2010, shall be reset to October 7, 2010, at 9:15 a.m.

IT IS SO ORDERED.

Dated:   August 5, 2010                     /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE