BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAO HACKETT, | No. 1:10-cv-977 AWI SKO |
| Plaintiff, | |
| v. | JOINT STIPULATION AND ORDER RE: REMAND TO U.S. CITIZENSHIP AND IMMIGRATION SERVICES PURSUANT TO 8 U.S.C. § 1447(b). |
| Alejandro Mayorkas, United States Citizenship and Immigration Services, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate her naturalization application and to seek de novo review of this application. As of the time of this filing, the agency is prepared to adjudicate the application. Because of the jurisdictional posture of the case, the agency cannot complete that process until the case is remanded with instructions to CIS. 8 U.S.C. § 1447(b). Accordingly, the parties jointly agree that the case should be remanded with instructions to complete adjudication of the case within 75 days from the date of the order of remand. In the event CIS fails to timely complete this adjudication, the parties agree that jurisdiction will revert to this Court, and a scheduling conference will take place as soon as possible.

-1-

Dated: September 2, 2010

BENJAMIN B. WAGNER
United States Attorney

By:   /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By:   /s/ Daniel Tzu Ken Huang
Daniel Tzu Ken Huang
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case be remanded to Citizenship and Immigration Services to complete adjudication on the application for naturalization within 75 days from the date of this Order.

IT IS SO ORDERED.

Dated:   September 8, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE